RICHARD S. HARTUNIAN
United States Attorney

David L. Brown
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2059
david.brown@ssa.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUSAN SWISS AS SURVIVING SPOUSE OF
GREGORY SWISS,

               **CONSENT ORDER FOR**
               **REMAND PURSUANT TO**
    v.           **42 U.S.C. § 405(g).**
               6:15-CV-1047 (TJM/ATB)

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

         Defendant.
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that judgment be entered in favor of the Plaintiff and that this case be remanded to the Commissioner for further proceedings and a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

AND, the Court having reviewed the record in this matter;

IT IS on this 9th day of March, 2016.

                  */s/ Andrew T. Baxter*
                  ANDREW T. BAXTER
                  United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: New York, New York
   February 25, 2016

                RICHARD S. HARTUNIAN
                United States Attorney


                By: */s/David L. Brown*
                David L. Brown
                Special Assistant U.S. Attorney
                Bar No. 516419
                *Attorney for Defendant*


Dated: Syracuse, New York
February 25, 2016

                By: */s/ Steven Dolson*
                Steven R. Dolson, Esq..
                Law Offices of Steven R. Dolson, PLLC
                126 N. Salina St. Suite 3B
                Syracuse, NY 13202
                315-423-3328
                sdolson@dolsonattorneys.com
                *Attorney for Plaintiff*